**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2149**

---

TIMOTHY HALL,

        Plaintiff - Appellant,

        v.

EASTERN PANHANDLE ANESTHESIA ASSOCIATES; WEST VIRGINIA UNITED HEALTH SYSTEM, WVU-BMC; AIR METHODS; HEALTHNET AEROMEDICAL SERVICES; BERKELEY COUNTY SCHOOLS; WEST VIRGINIA DEPARTMENT OF EDUCATION; NATIONWIDE MUTUAL INSURANCE CORPORATE OFFICE; BERKELEY COUNTY COMMISSION; BERKELEY COUNTY ASSESSOR,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00061-GMG-RWT)

---

Submitted:  June 18, 2026                    Decided:  June 23, 2026

---

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Timothy Hall, Appellant Pro Se.  Jessica K. Albert, Andrew F. Maunz, JACKSON LEWIS PC, Pittsburgh, Pennsylvania; Tracey Brown Eberling, STEPTOE LLP, Martinsburg, West Virginia; Michael Dwayne Dunham, SHUMAN, MCCUSKEY & SLICER, PLLC, Winchester, Virginia; Ashley C. Pack, Jared Alexander Phalen, DINSMORE & SHOHL

LLP, Charleston, West Virginia; James William Marshall, III, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Hall seeks to appeal the district court's order granting Defendants' motions to dismiss—and, as to Hall's former employer, granting its request to compel arbitration regarding—Hall's numerous civil claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See* Fed. R. Civ. P. 54(b) ("[A]ny order . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."); *Geneva Enters., LLC v. Chavez*, 173 F.4th 64, 71 (4th Cir. 2026) (recognizing that this court lacks appellate jurisdiction over a district court "order 'granting a stay of the action' pending arbitration" (internal brackets omitted)).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*